IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALEXIS VENCES TAVERA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 1:26-CV-02131-DAE |
| | § | |
| LYONS, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

**ORDER AMENDING DEADLINES**

On September 4, 2026, the Court entered an order granting Petitioner's Habeas Petition. (Dkt. # 7.) The Court seeks to amend its Order to clarify the deadlines for Petitioner's release and the status report requirement. Accordingly, Petitioner's release should take place **no later than 5:00 p.m. on September 6, 2026**. Respondents shall file a status report no later than **6:00 p.m. on September 8, 2026**.

**IT IS SO ORDERED.**

**DATED**: September 4, 2026.

DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE